SARAH SMILEY, Respondent, v. LEO BROWN, Appellant.

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.